IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHALONDA BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION FILE NO.: ) 1:21-cv-04312-SDG-LTW |
| CITY OF FOREST PARK, GEORGIA, | ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 31st day of August, 2022.

*[Signatures on next page]*

*/s/ Eleanor M. Attwood*  
Eleanor M. Attwood  
Georgia Bar No. 514014

**LEGARE, ATTWOOD & WOLFE, LLC**  
Decatur Town Center Two  
125 Clairemont Avenue, Suite 380  
Decatur, Georgia  30030  
(470) 823-4000  
(470) 201-1212 (facsimile)  
emattwood@law-llc.com

**COUNSEL FOR PLAINTIFF**

*/s/ Laura A. Denton*  
Sharon P. Morgan  
Georgia Bar No. 522955  
Laura A. Denton  
Georgia Bar No. 158667

**ELARBEE, THOMPSON, SAPP & WILSON, LLP**  
800 International Tower  
229 Peachtree Street, N.E.  
Atlanta, Georgia  30303  
(404) 659-6700  
(404) 222-9718 (facsimile)  
morgan@elarbeethompson.com  
denton@elarbeethompson.com

**COUNSEL FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHALONDA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO.: |
| ) | 1:21-cv-04312-SDG-LTW |
| CITY OF FOREST PARK, ) | |
| GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing, constituting service, to the following attorney of record:

Eleanor Attwood

*/s/ Laura A. Denton*
Laura A. Denton
Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
denton@elarbeethompson.com

*Counsel for Defendant*